## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ALFREDO T. MUNOZ,
ADC #114451                                                                                    PLAINTIFF

v.                                          4:14CV000667-JM-JTK

WARDEN HARMON, et al.                                                                     DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's allegation of slander is DISMISSED, for failure to state a claim upon which relief may be granted.

2. Defendants Harmon, Hurtz, King, Schock, Peppers-Davis, and Huff, are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 26th day of February, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1